IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN J. VARGO,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil Action No. 23-728 |

## JUDGMENT

AND NOW, this 5th day of January, 2024, the court having separately ordered the remand of this action pursuant to the fourth sentence of 42 U.S.C. § 405(g), IT IS FURTHER ORDERED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure. The clerk shall mark this case closed.

/s/ Joy Flowers Conti
Joy Flowers Conti
Senior United States District Judge